This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO**,

Plaintiff-Appellee,

v.                                                    **NO. 36,126**

**PHILBERT VANWINKLE**,

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Karen L. Townsend, District Judge**

Hector H. Balderas, Attorney General
Maris Veidemanis, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**ZAMORA, Judge.**

{1}      Defendant Philbert Vanwinkle appeals from his convictions for aggravated burglary and tampering with evidence following the denial of his motion to suppress evidence and his entry of a conditional guilty plea. [DS 2; RP 48, 51, 67, 79] This Court issued a notice proposing to summarily reverse. [CN 1, 2, 8] The State has filed a response informing this Court it does not intend to file a memorandum in opposition to this Court's notice of proposed disposition. Therefore, based on the reasons set forth in this Court's notice of proposed disposition, we reverse.

{2}      **IT IS SO ORDERED.**

_____
**M. MONICA ZAMORA, Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

_____
**J. MILES HANISEE, Judge**

2